# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Douglas Gerald Kunkle, :
                    Petitioner :
                                :
        v.                      :        No. 1556 C.D. 2019
                                :
Unemployment Compensation       :
Board of Review,                :
                    Respondent  :


**PER CURIAM**                **O R D E R**

NOW, January 25, 2021, upon consideration of Petitioner's application for reconsideration, the application is denied.